**Grant Matthisen**
Name

N/A
Prison Number

N/A
Place of Confinement

**12540 FURROW CREEK ROAD**
**ANCHORAGE, ALASKA 99516**
Address

**907-345-3040**
Telephone

RECEIVED
APR 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**Grant Matthisen,**

Plaintiff,

vs.

**Kevin G. Clarkson &**
**Brena, Bell, & Clarkson,**

Defendant(s).

Case No. **A01-0296-CV (HRH)**

MOTION

to/for **HEARING FOR SHOW CAUSE**

I, **Grant Matthisen**, proceeding without a lawyer, move to/for **SHOW CAUSE HEARING — CERTIFY STATE LAW QUESTIONS** under the following statute(s)/rule(s) (if known) **60(b)(1)(2)(3)(4)(5)(6)** for the following reason(s): **AT THE CONCLUSION OF THE ABOVE MENTIONED CASE, JUDGE HOLLAND MADE A DECISION THAT KEVIN G. CLARKSON NEED BE PROVED AT**

PS 15 (effective 8/05)

FAULT FOR ACTIONS INITIATED BY BRENA, BELL, & CLARKSON AND KEVIN G. CLARKSON. I REQUEST A HEARING FOR SHOW CAUSE FOR DIRECT EXAMINATION OF THE ACTIONS OF THE MEMBERS OF THE ALASKA BAR ASSOCIATION. INCLUSIVE OF THE SUPERIOR AND SUPREME COURT JUDGES, AND CLERKS OF COURT, AND SPECIFICALLY ANDREW KURZMANN. I WAS NEVER NOTIFIED OF THE A01-0296-CV(HRH) PROCEEDING BY ANY PARTY INVOLVED.

### Declaration Under Penalty of Perjury

I, Grant Mathiken, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 04-14-06, at Anchorage, Alaska.

_____
Signature

### Certificate of Service

I certify that, on 04-14-06 a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on Alaska Court System; Alaska Bar Ass.
(Opposing Party or Counsel)

at 303 K Street, Anchorage, AK 99501.
(Address)

_____
Signature