Grant Matthisen
Name

12540 Furrow Creek Road
Anchorage, Alaska 99516
Address
907-345-3040
Telephone

RECEIVED

APR 1 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Grant Matthisen,

Plaintiff/Petitioner,

vs.

Alaska Court System
Alaska Bar Association
AND EVERY MEMBER INCLUSIVE
Defendant(s)/Respondent(s).

Case No. A01-0296-CV (HRH)

DECLARATION

I, Grant Matthisen, proceeding without counsel, hereby declare, under penalty of perjury, that THE FEDERAL CASE NO. A-01-0296-CV (HRH) ; WHERE "Grant Matthisen" WAS THE PLAINTIFF AND PARTY; "Grant Matthisen" WAS NEVER INFORMED OF, OR SENT NOTICE OF, ANY PROCEEDING WAS TAKING PLACE. ALL

PS 13

NOTICES WERE DISTRIBUTED TO SUSAN ANDERSON, IN EAGLE RIVER. NEITHER MY COUNSEL OR THE OTHER OPPOSING COUNSEL EVER INFORMED ME A FEDERAL CASE INVOLVING ME AS THE PLAINTIFF IN A-01-0296-CV(HRH) WAS EVER IN EXISTENCE. I REQUEST A SHOW CAUSE HEARING FOR DIRECT EXAMINATION OF COUNSEL INVOLVED, AND BOTH SUPERIOR & SUPREME COURT JUDGES OF THE ALASKA BAR ASSOCIATION.

⇒ AS PREVIOUSLY TESTIFIED TO THE ALASKA BAR & ALASKA COURT SYSTEM ⇐

I AM THE RECEIPIENT OF THE WHITE STONE (REVELATIONS 2:17) AND MORNING STAR (REVELATIONS 2:28) "Grant Matthiesen" ACKNOWLEDGED BEFORE God AND His holy angels (REVELATIONS 3:5)

I have attached true and correct copies of the following documents to this declaration:

I HAVE ATTACHED MY CERTIFIED, NOTORIZED, FIRST SEALED DECLARATION OF THE YEAR OF OUR LORD TWO THOUSAND AND THREE by: "Grant Matthiesen"

I REQUEST THIS FILE TO BE A SUPPLEMENT IN ITS ENTIRETY TO THE SUPREME COURT OF THE UNITED STATES AND NINTH CIRCUIT CASE NO. 05-35874.

PS 13                                                        DECLARATION

I, **Grant Matthksen**, declare under penalty of perjury, that I have reviewed the above declaration, and that the information contained in this declaration is true and correct.

DATED this **14** day of **APRIL**, 200**6**, at **ANCHORAGE**,
(City)

**ALASKA**.
(State)

_____
Signature

I hereby certify that a copy of the above declaration was mailed by first class, U.S. Mail to **ALASKA COURT SYSTEM** at **303 K. STREET**
(Opposing party or counsel)   (Address)

and to the United States District Court for the District of Alaska, at 222 W.7th Avenue, # 4, Anchorage, Alaska 99513 on **04-14-06**.
(Date of mailing or handing to correctional officer)

_____
Signature

PS 13                                   3                                   DECLARATION