Name: Grant Matthisen

Address: 12510 Furrow Creek Road

Telephone: 907-345-3040

RECEIVED
APR 28 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Grant Matthisen,

Plaintiff/Petitioner,

vs.

H. Russell Holland,

Defendant(s)/Respondent(s).

Case No. 3:01-cv-00296-HRH

DECLARATION

I, Grant Matthisen, proceeding without counsel, hereby declare, under penalty of perjury, that

I HAVE, ALWAYS HAVE HAD, SOVEREIGNTY, OVER EVERY AND ANY CIRCUMSTANCE. THE MEMBERS, ALL INCLUSIVE, OF THE ALASKA BAR ASSOCIATION AND ALASKA COURT SYSTEM

PS 13

HAVE DENIED ME MY RIGHTFUL ACCESS TO THE AFOREMENTIONED.

    I HAVE FILED CHARGES AGAINST THE ALASKA COURT SYSTEM & ALASKA BAR ASS. FOR CONSTITUTIONAL TREASON; WITH OTHER CHARGES OF 2 COUNTS OF INTERSTATE KIDNAPPING AMONG 3-4 OTHER CRIMES; OF AND CREATED BY; THE ALASKA BAR ASSOCIATION MEMBERS.

SEN K. TAN HAS INSINUATED CHARGES OF THE ABOVE AGAINST H. RUSSELL HOLLAND; ALL IS ON TAPE, TAPE RECORDED, AVAILABLE TO THE U.S. SUPREME COURT.

I have attached true and correct copies of the following documents to this declaration:

ONLY TO THE FEDERAL
    U.S. DISTRICT COURT, DISTRICT OF ALASKA
    ALASKA COURT SYSTEM, SUPREME COURT OF ALASKA

☆ IF LEFT UNSIGNED, H. RUSSELL HOLLAND'S ORDER OF 04/25/06 IS A USELESS, UNWORTHY, UNACCEPTED, PIECE OF GARBAGE.

PS 13                    2                   DECLARATION

A SPACE FOR H. RUSSELL HOLLAND HAS BEEN PROVIDED ON PAGE 4 OF 4.    "Grant Matthison"

I, **Grant Matthken**, declare under penalty of perjury, that I have reviewed the above declaration, and that the information contained in this declaration is true and correct.

DATED this **28** day of **APRIL**, 200**6**, at **ANCHORAGE**, (City) **ALASKA** . (State)

_____
Signature

I hereby certify that a copy of the above declaration was mailed by first class, U.S. Mail to **ALASKA COURT SYSTEM** at **303 'K' STREET**
(Opposing party or counsel)   (Address)

and to the United States District Court for the District of Alaska, at 222 W.7th Avenue, # 4, Anchorage, Alaska 99513 on **04-28-06** .
(Date of mailing or handing to correctional officer)

_____
Signature

PS 13                                                    3                                        DECLARATION